1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8

9       EUNICES MADAULA , an individual,

10                    Plaintiff(s),

11              vs.

12      AARON NEIL KELLY, an individual, et
        al.,

13

14                    Defendant(s).

15

Case # 2:25-cv-01043-CDS-BNW

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

FILING FEE IS $250.00

[ECF No.  5]

16      _____Ryan Goodland_____, Petitioner, respectfully represents to the Court:
                (name of petitioner)

17

18      1.      That Petitioner is an attorney at law and a member of the law firm of

                            McDowell Hetherington LLP

19      _____
                                    (firm name)

20      with offices at _____1001 Fannin, Suite 2400_____,
                                            (street address)

21

22      _____Houston_____, _____Texas_____, _____77002_____,
                (city)                    (state)              (zip code)

23      _____713-337-5580_____, ____ryan.goodland@mhllp.com____.
        (area code + telephone number)          (Email address)

24

25      2.      That Petitioner has been retained personally or as a member of the law firm by

26      _Aaron Neil Kelly and DEPCOM Power, Inc._ to provide legal representation in connection with
                        [client(s)]

27      the above-entitled case now pending before this Court.

28
                                                                            Rev. 5/16

3.      That since _____November 1, 2013_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____Texas_____
                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US District Court for the Southern District of Tex. | 2/11/2021 | 24087604 |
| US District Court for the Western District of Tex. | 7/12/2021 | 24087604 |
| US District Court for the Eastern District of Tex. | 5/28/2021 | 24087604 |
| US District Court for the Northern District of Tex. | 6/21/2021 | 24087604 |
| US Court of Appeals for the 10th Circuit | 10/19/2021 | |
| US District Court for the Southern District of N.Y. | 12/13/2016 | 5292941 |
| US District Court for the Eastern District of N.Y. | 12/13/2016 | 5292941 |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

There have been no disciplinary proceedings, suspensions, resignations, or terminations as
described.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

The Petitioner has never been denied admission to the State Bar of Nevada.

7.      That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Texas and New York State Bar Association

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4    _____
                                        Petitioner's signature

     STATE OF _____Texas_____    )
5                                   )
     COUNTY OF _____Harris_____  )
6

7    _____Ryan Goodland_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9    _____
                                        Petitioner's signature

10   Subscribed and sworn to before me this

11   __20__ day of __June_____, _2025_.

12

13   _____          ANA SANCHEZ
              Notary Public or Clerk of Court           Notary ID #125854636
14                                                      My Commission Expires
                                                        November 11, 2026
15

16                **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                  **THE BAR OF THIS COURT AND CONSENT THERETO.**
17
         Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
     believes it to be in the best interests of the client(s) to designate ____L. Christopher Rose____,
19                                                                              (name of local counsel)
     Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
     above-entitled Court as associate resident counsel in this action.  The address and email address of
21
     said designated Nevada counsel is:
22

23   _____3800 Howard Hughes Parkway, Suite 1000_____,
                              (street address)
24
     _____Las Vegas_____, _____Nevada_____, __89169__,
25        (city)                    (state)           (zip code)

26   _____702-667-4852_____, _____lcr@h2law.com_____.
          (area code + telephone number)      (Email address)
27

28                                       4                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____ L. Christopher Rose _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

*/s/ Aaron Neil Kelly\**

_____

(party's signature)

Aaron Neil Kelly

_____

(type or print party name, title)

*/s/ Jason Austin\**

_____

(party's signature)

Jason Austin, Acting Gen. Counsel, DEPCOM Power, Inc.

_____

(type or print party name, title)

*\*proof of consent to e-signature on file pursuant to LR IC 5-1(c)*

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ L. Christopher Rose*

_____

Designated Resident Nevada Counsel's signature

7500                        lcr@h2law.com

_____

Bar number            Email address

APPROVED:

Dated:  June 24, 2025

_____

UNITED STATES DISTRICT JUDGE

5

Rev. 5/16