1

2

3

4

5

6          **UNITED STATES DISTRICT COURT**
           **DISTRICT OF NEVADA**
7

8                                              Case #2:25-cv-01043-CDS-BNW

9    EUNICES MADAULA , an individual,

                                               **VERIFIED PETITION FOR**
10            Plaintiff(s),                     **PERMISSION TO PRACTICE**
                                               **IN THIS CASE ONLY BY**
11       vs.                                    **ATTORNEY NOT ADMITTED**
                                               **TO THE BAR OF THIS COURT**
12   AARON NEIL KELLY, an individual, ET        **AND DESIGNATION OF**
     AL.,                                       **LOCAL COUNSEL**
13
              Defendant(s).
14                                             FILING FEE IS $250.00

15                                             [ECF No. 11]

16           David T. McDowell
         _____ , Petitioner, respectfully represents to the Court:
             (name of petitioner)
17
         1.      That Petitioner is an attorney at law and a member of the law firm of
18
                              McDowell Hetherington LLP
19       _____
                                      (firm name)
20   with offices at _____ 1001 Fannin, Suite 2400 _____ ,
                                         (street address)
21
              Houston               ,           Texas            ,      77002
22   _____      _____    _____ ,
                (city)                          (state)               (zip code)
23        713-337-5580           ,      david.mcdowell@mhllp.com            .
     _____      _____
24       (area code + telephone number)           (Email address)

         2.      That Petitioner has been retained personally or as a member of the law firm by
25
     _____ Aaron Neil Kelly and Depcom Power, Inc. _____ to provide legal representation in connection with
26                       [client(s)]

27   the above-entitled case now pending before this Court.

28                                                                              Rev. 5/16

1    3.    That since _____11/04/1994_____, Petitioner has been and presently is a
                                        (date)
2    member in good standing of the bar of the highest Court of the State of _____Texas_____
                                                                                    (state)
3    where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
4    from the clerk of the supreme court or highest admitting court of each state, territory, or insular
5    possession of the United States in which the applicant has been admitted to practice law certifying
6    the applicant's membership therein is in good standing.
7    4.    That Petitioner was admitted to practice before the following United States District
8    Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
9    of other States on the dates indicated for each, and that Petitioner is presently a member in good
10   standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attachment | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

19
20   5.    That there are or have been no disciplinary proceedings instituted against petitioner,
     nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
     or administrative body, or any resignation or termination in order to avoid disciplinary or
     disbarment proceedings, except as described in detail below:

There have been no disciplinary proceedings, suspensions, resignations, or terminations as
described.

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> The Petitioner has never been denied admission to the State Bar of Nevada.

7.      That Petitioner is a member of good standing in the following Bar Associations.

> State Bar of Texas (Bar No. 0791222) and Bar of the Supreme Court (Bar No. 296345)

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1      That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2      FOR THE PURPOSES OF THIS CASE ONLY.

3

4      _____
                        Petitioner's signature

STATE OF _____Texas_____ )

5 COUNTY OF _____Harris_____ )

6

7      _____David T. McDowell_____, Petitioner, being first duly sworn, deposes and says:

8 That the foregoing statements are true.

9      _____
                        Petitioner's signature

10 Subscribed and sworn to before me this

11

12 _27th_ day of _June_____, _2025_.

13 _____
      Notary Public or Clerk of Court

Marlene Ann Perez
My Commission Expires
7/24/2026
Notary ID135006320

14

15

16 **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

17      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18 believes it to be in the best interests of the client(s) to designate _____L. Christopher Rose_____,

19                                                          (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20 above-entitled Court as associate resident counsel in this action. The address and email address of

21 said designated Nevada counsel is:

22

23 _____3800 Howard Hughes Parkway, Suite 1000_____,
                                   (street address)

24 _____Las Vegas_____, _____Nevada_____, _89169_,
        (city)                    (state)          (zip code)

25

26 _____702-667-4852_____, _____lcr@h2law.com_____.
    (area code + telephone number)               (Email address)

27

28                                      4                                  Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.

4

5  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7  The undersigned party(ies) appoint(s) _____ L. Christopher Rose _____ as
                                                    (name of local counsel)
8  his/her/their Designated Resident Nevada Counsel in this case.

9

10                              /s/ Aaron Neil Kelly*
                              _____
                              (party's signature)
11
                              Aaron Neil Kelly
12                            (type or print party name, title)

13                             /s/ Jason Austin*
                              _____
                              (party's signature)
14

15                            Jason Austin, Acting Gen. Counsel, DEPCOM Power, Inc.
                              (type or print party name, title)
16                            *proof of consent to e-signature on file pursuant to LR IC 5-1(c)

17                            **CONSENT OF DESIGNEE**
   The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18

19                              /s/ L. Christopher Rose
                              _____
20                            Designated Resident Nevada Counsel's signature

21     7500                          lcr@h2law.com
                              _____
22     Bar number                   Email address

23  APPROVED:
24  Dated:   June 30, 2025
25
26  _____
    UNITED STATES DISTRICT JUDGE
27
28                              5                           Rev. 5/16