1  **BENJAMIN J. CARMAN, ESQ.**
   NV Bar # 12565
2  **THE BIG GUNS INJURY ATTORNEYS**
   4045 Spencer Street Suite A52
3  Las Vegas, NV 89119
   Telephone: (702) 500-GUNS
4  Facsimile: (702) 628-7095
   service@thebigguns.law
5  Attorneys for Plaintiff
   Eunice Madaula

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| EUNICE MADAULA, an individual<br><br>Plaintiff,<br><br>v.<br><br>AARON NEIL KELLY, an individual;<br>DEPCOM POWER, INC., a foreign company;<br>DOE OWNERS I-V; DOE DRIVERS I-V;<br>ROE EMPLOYERS I-X; and ROE<br>COMPANIES I-X, inclusive, jointly and<br>severally,<br><br>Defendants | 2:25-CV-01043-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

Plaintiff Eunice Madaula and Defendants Aaron Kelly and DEPCOM Power, Inc by and through their respective counsel of record, hereby stipulate and agree to continue the discovery dates in this matter and request that the court enter a new Discovery Scheduling Order containing said agreed-upon dates. This is the second such request for an extension.

**A.   STATEMENT SPECIFYING THE DISCOVERY COMPLETED:**

The following discovery has been completed by the parties:

1

1. Plaintiff's initial disclosures
2. Defendant's initial disclosures
3. Defendants' request for production of documents, set one
4. Defendants' request for admissions, set one
5. Defendants' interrogatories to plaintiff, set one
6. Plaintiff's responses to requests for production of documents, set one
7. Plaintiff's responses to requests for admissions, set one
8. Plaintiff's responses to <ins>interrogatories</ins><del>requests for production of documents</del>, set one
9. Plaintiff's request for production of documents, set one
10. Plaintiff's request for admissions, set one
11. Plaintiff's interrogatories to <del>plaintiff</del><ins>defendants</ins>, set one

**B.    A SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED:**

1. Deposition of Plaintiff
2. Deposition of defendant Aaron Kelly
3. Deposition of 30(b)(6) designee of Depcom Power
4. Initial Expert disclosures
5. Rebuttal Expert Disclosures
6. Depositions of Experts
7. Written discovery



1  **C.    THE REASONS WHY THE DISCOVERY REMAINING WAS NOT**
2  **COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY**
3  **ORDER:**

4  Plaintiff has been in settlement discussions with the defendants, but it is
5  likely that party depositions will be required before they can bear any fruit.
6  Written discovery responses and requests have moved the case forward.  Plaintiff's
7  January and February are also terrible as to scheduling, so additional time to
8  conduct these necessary depositions before expert disclosure deadlines would
9  facilitate settlement talks.

1  **D.   A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING**
2  **DISCOVERY:**

3  *Deadline*                          *Old Cut-off*              *New Cut-off*
4  Initial Expert Disclosures:         December 17, 2025          **March 17, 2025**
5  Rebuttal Expert Disclosure:         January 15, 2026           **April 15, 2026**
6  Close of Discovery:                 February 16, 2026          **May 15, 2026**
7  Dispositive Motion Deadline:        March 17, 2026             **June 15, 2026**
8  Pretrial Order:                     April 18, 2026             **July 17, 2026**

9  If dispositive motions are filed, the deadline for filing the joint pretrial order will be
10 suspended until thirty (30) days after decision on the dispositive motions or further
11 court order.
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23

4

E.    SAID REQUEST IS NOT BEING MADE FOR PURPOSES OF UNDULY DELAYING DISCOVERY OR THE TRIAL OF THIS MATTER.

**SO AGREED.**

| DATED December 17, 2025 | DATED December 17, 2025 |
|---|---|
| **THE BIG GUNS INJURY ATTORNEYS** | **MCDOWELL HETHERINGTON LLP** |
| /s/Benjamin J. Carman<br>BENJAMIN J. CARMAN, ESQ.<br>Attorneys for Plaintiff<br>Eunice Madaula | /s/Ryan Goodland<br>RYAN GOODLAND, ESQ.<br>CONNOR BODIN, ESQ.<br>Attorneys for Defendants<br>Aaron Kelly and Depcom Power, Inc. |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: December 18, 2025

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I hereby certify that I am an employee of THE BIG GUNS INJURY ATTORNEYS, and that on December 17, 2025, I caused to be served via the PACER CM/ECF system a true and correct copy of the foregoing to all parties and counsel identified in the service list.

/s/Liliana Badillo
_____
**THE BIG GUNS INJURY ATTORNEYS**