**SAO**
PAUL S. PADDA, ESQ.
Nevada Bar # 10417
Email: psp@paulpaddalaw.com
SRILATA R. SHAH, ESQ.
Nevada Bar # 6820
Email: sri@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 S. Decatur Boulevard, Suite 300
Las Vegas, NV 89103
Phone: (702) 366-1888
Facsimile: (702) 366-1940
*Attorneys for Plaintiff,*
*Ernesto Frank Ferrer Sanchez*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EUNICES MADAULA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>AARON NEIL KELLY, an individual; DEPCOM POWER, INC., a foreign company; DOE OWNERS I-V; ROE EMPLOYERS I-X; and ROE COMPANIES I-X., inclusive, jointly and severally,<br><br>Defendants. | Case No. 2:25-cv-01043-CDS-BNW<br>Hon. Cristina D. Silva<br><br><br><br>**STIPULATION AND ORDER TO STAY MATTER PENDING RESOLUTION OF IMMIGRATIONS AND CUSTOMS ENFORCEMENT PROCEEDING OF ERNESTO FRANK FERRER SANCHEZ** |
| ERNESTO FRANK FERRER SANCHEZ, an individual;<br><br>Plaintiff,<br>v.<br><br>AARON NEIL KELLY, an individual; DEPCOM POWER, INC., a KOCH ENGINEERED SOLUTIONS COMPANY, a unit of KOCH INDUSTRIES, INC., a foreign | |

1

corporation, and DOES I through XX, inclusive,

Defendants.

Plaintiff Ernesto Frank Ferrer Sanchez, Plaintiff Eunices Madaula, and Defendants Mr. Kelly and DEPCOM Power, Inc, by and through their respective counsel of record, hereby stipulate and agree to stay this matter for a period of six months pending resolution of any proceeding arising from plaintiff Ernesto Frank Ferrer Sanchez's detention by Immigration and Customs Enforcement.

Mr. Sanchez's detention was unexpected and only learned of recently by counsel for all parties. The exact nature of the charges against him, if any, or any removal proceeding that may follow remains unknown. Counsel for Mr. Sanchez has been unable to contact Mr. Sanchez since his detention and thus is unable to respond to any discovery at the time. Mr. Sanchez's presence is necessary for the parties to conduct discovery, and, since this matter was consolidated, his absence affects all parties.

In the interest of allowing all parties to conclude discovery, and to also facilitate the potential pre-trial settlement of this matter once Mr. Sanchez's immigration and residence status is resolved, the parties agree that the stay of this matter pending the resolution of the same is in the interests of the parties and of judicial economy. Rather than continue to ask for extensions of time to conduct further discovery, a stay of the matter will enable the parties to determine when or whether Mr. Sanchez will be available to participate in litigating this matter and will allow for a prompt resumption of discovery upon said determination.

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

2

Therefore, the Parties hereby stipulate and request the Court enter an order staying this matter for a period of six months.

**SAID REQUEST IS MADE IN GOOD FAITH AND NOT BEING MADE FOR PURPOSES OF UNDULY DELAYING DISCOVERY OR THE TRIAL OF THIS MATTER.**

**SO AGREED.**

DATED May 27, 2026

DATED May 27, 2026

**PAUL PADDA LAW, PLLC**

By: */s/ Srilata Shah, Esq.*
Srilata Shah, Esq.
4560 South Decatur Blvd, Suite 300
Las Vegas, Nevada 89103
Telephone: (702) 366-1888
E-mail: sri@paulpaddalaw.com
Attorney for Plaintiff Ernesto Frank Ferrer Sanchez

**THE BIG GUNS INJURY ATTORNEYS**

*/s/Benjamin J. Carman (with permission)*
Benjamin J. Carman, Esq.
4045 Spencer St. suite A52 Las Vegas, NV 89119 Telephone: 702-722-3029
Email: Ben@thebigguns.law
Attorney for Plaintiff Eunices Madaula

**MCDOWELL HETHERINGTON LLP**

*/s/ Ryan Goodland (with permission)*
William B. Thomas, Esq.*
Ryan Goodland, Esq.*
1001 Fannin Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 337-5580
Email: william.thomas@mhllp.com
Email: ryan.goodland@mhllp.com

HOWARD & HOWARD ATTORNEYS PLLC
L. Christopher Rose, Esq.
Jonathan W. Fountain, Esq.
Connor Bodin, Esq.
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: lcr@h2law.com
Email: jwf@h2law.com
Email: cjb@h2law.com
*admitted pro hac vice

Attorneys for Defendants Aaron Neil Kelly and DEPCOM Power, Inc

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

**<u>ORDER</u>**

Upon Stipulation by Counsel for the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED that discover in this matter is STAYED for a period of six months from the date of this Order. All pending deadlines are VACATED. The parties shall notify the Court if Mr. Sanchez is released from detention or otherwise becomes available to participate in discovery. An amended discovery plan and scheduling order is due 14 days after the stay of discovery is lifted.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE


DATED: ___May 28, 2026_____