**SAO**
PAUL S. PADDA, ESQ.
Nevada Bar # 10417
Email: psp@paulpaddalaw.com
SRILATA R. SHAH, ESQ.
Nevada Bar # 6820
Email: sri@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
6605 S. Las Vegas Boulevard, Suite 203
Las Vegas, NV 89119
Phone: (702) 366-1888
Facsimile: (702) 366-1940
*Attorneys for Plaintiff,*
*Ernesto Frank Ferrer Sanchez*

**PAUL PADDA LAW, PLLC**
**6605 South Las Vegas Boulevard, Suite 203**
**Las Vegas, Nevada 89119**
**Tele: (702) 366-1888 • Fax (702) 366-1940**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EUNICES MADAULA, an individual;<br><br>Plaintiff,<br>v.<br><br>AARON NEIL KELLY, an individual; DEPCOM POWER, INC., a foreign company; DOE OWNERS I-V; ROE EMPLOYERS I-X; and ROE COMPANIES I-X., inclusive, jointly and severally,<br><br>Defendants. | Case No. 2:25-cv-01043-CDS-BNW<br>Hon. Cristina D. Silva<br><br>**STIPULATION AND ORDER TO EXTEND STAY OF MATTER PENDING RESOLUTION OF IMMIGRATIONS AND CUSTOMS ENFORCEMENT PROCEEDING OF ERNESTO FRANK FERRER SANCHEZ** |
| ERNESTO FRANK FERRER SANCHEZ, an individual;<br><br>Plaintiff,<br>v.<br><br>AARON NEIL KELLY, an individual; DEPCOM POWER, INC., a KOCH ENGINEERED SOLUTIONS COMPANY, a unit of KOCH INDUSTRIES, INC., a foreign corporation, and DOES I through XX, inclusive,<br><br>Defendants. | |

PAUL PADDA LAW, PLLC
6605 South Las Vegas Boulevard, Suite 203
Las Vegas, Nevada 89119
Tele: (702) 366-1888 • Fax (702) 366-1940

Plaintiff Ernesto Frank Ferrer Sanchez, Plaintiff Eunices Madaula, and Defendants Mr. Kelly and DEPCOM Power, Inc, by and through their respective counsel of record, hereby stipulate and agree to stay this matter for an additional period of six months pending resolution of any proceeding arising from plaintiff Ernesto Frank Ferrer Sanchez's detention by Immigration and Customs Enforcement.

This Court previously stayed this case given Mr. Sanchez's detention. *See* Doc. 35. Currently, Mr. Sanchez is unable to participate in discovery as he is in federal immigration detention, which has materially impaired his ability to participate in discovery. He is unable to meaningfully assist in responding to written discovery; he is currently being detained in Eloy, Arizona; and his deposition cannot be scheduled without coordination with federal authorities.

In the interest of allowing all parties to conclude discovery, and to also facilitate the potential pre-trial settlement of this matter once Mr. Sanchez's immigration and residence status is resolved, the parties agree that the stay of this matter pending the resolution of the same is in the interests of the parties and of judicial economy. Rather than continue to ask for extensions of time to conduct further discovery, a stay of the matter will enable the parties to determine when or whether Mr. Sanchez will be available to participate in litigating this matter and will allow for a prompt resumption of discovery upon said determination.

Therefore, the Parties hereby stipulate and request the Court enter an order staying this matter for an additional period of six months, through May 28, 2027.

**SAID REQUEST IS MADE IN GOOD FAITH AND NOT BEING MADE FOR PURPOSES OF UNDULY DELAYING DISCOVERY OR THE TRIAL OF THIS MATTER.**

PAUL PADDA LAW, PLLC
6605 South Las Vegas Boulevard, Suite 203
Las Vegas, Nevada 89119
Tele: (702) 366-1888 • Fax (702) 366-1940

**SO AGREED.**

DATED November 5, 2026

**PAUL PADDA LAW, PLLC**

By: */s/ Srilata Shah, Esq.*
Srilata Shah, Esq.
6605 South Las Vegas Blvd., Suite 203
Las Vegas, Nevada 89119
Telephone: (702) 366-1888
E-mail: sri@paulpaddalaw.com
Attorney for Plaintiff Ernesto Frank Ferrer Sanchez

**THE BIG GUNS INJURY ATTORNEYS**

*/s/Benjamin J. Carman (with permission)*
Benjamin J. Carman, Esq.
4045 Spencer St. suite A52 Las Vegas, NV 89119 Telephone: 702-722-3029
Email: Ben@thebigguns.law
Attorney for Plaintiff Eunices Madaula

DATED November 5, 2026

**MCDOWELL HETHERINGTON LLP**

*/s/ Ryan Goodland (with permission)*
William B. Thomas, Esq.*
Ryan Goodland, Esq.*
1001 Fannin Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 337-5580
Email: william.thomas@mhllp.com
Email: ryan.goodland@mhllp.com

HOWARD & HOWARD ATTORNEYS PLLC
L. Christopher Rose, Esq.
Jonathan W. Fountain, Esq.
Connor Bodin, Esq.
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: lcr@h2law.com
Email: jwf@h2law.com
Email: cjb@h2law.com
*admitted pro hac vice

Attorneys for Defendants Aaron Neil Kelly and DEPCOM Power, Inc

PAUL PADDA LAW, PLLC
6605 South Las Vegas Boulevard, Suite 203
Las Vegas, Nevada 89119
Tele: (702) 366-1888 • Fax (702) 366-1940

**ORDER**

Upon Stipulation by Counsel for the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED that this matter is STAYED for a period of six months from the date of this Order. All pending deadlines are VACATED. The parties shall notify the Court if Mr. Sanchez is released from detention or otherwise becomes available to participate in discovery.

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: November 6, 2026

**From:** Srilata Shah
**To:** Ryan Goodland; Benjamin Carman
**Cc:** Elia Lopez; Claudia Vasquez-Smith
**Subject:** Re: Madaula/Sanchez:
**Date:** Tuesday, November 3, 2026 2:23:48 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image006.png
image007.png
image008.png
image009.png
image010.png
image011.png
image.png
image.png
image.png
image.png
image.png

---

Thank you Ben and Ryan. We will file the SAO with the Court. Sri


**Srilata R. Shah, Esq.**
***PAUL PADDA LAW, PLLC***
(702) 366-1888
Sri@paulpaddalaw.com
paulpaddalaw.com

Nevada Physical Office
(Located in Town Square):
6605 Las Vegas Blvd. South, Suite 203
Las Vegas, Nevada 89119
Tele: (702) 366-1888

Illinois Physical Office:
155 North Wacker Drive, Suite 4250
Chicago, Illinois 60606
Tele: (312) 702-7000

Mailing Address For All Offices:
4030 South Jones Blvd. Unit 30370
Las Vegas, Nevada 89173


PAUL PADDA LAW
IT'S NOT ABOUT THE INJURY. IT'S ABOUT THE RECOVERY.

---

**CONFIDENTIALITY NOTICE:** The information in this electronic mail communication contains confidential information which is the property of the sender and may be protected by the attorney-client privilege and/or attorney work product doctrine. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized by the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the contents of this e-

mail transmission or the taking or omission of any action in reliance thereon or pursuant thereto, is prohibited, and may be unlawful. If you received this e-mail in error, please notify us immediately of your receipt of this message by e-mail and destroy this communication, any attachments, and all copies thereof. Thank you for your cooperation.

---

**From:** Ryan Goodland <ryan.goodland@mhllp.com>
**Sent:** Tuesday, November 3, 2026 2:06 PM
**To:** Benjamin Carman <Ben@thebigguns.law>; Srilata Shah <sri@paulpaddalaw.com>
**Cc:** Elia Lopez <Elia@paulpaddalaw.com>; Claudia Vasquez-Smith <Claudia@paulpaddalaw.com>
**Subject:** RE: Madaula/Sanchez:

Same. Thanks Sri.

**Ryan Goodland**
Senior Attorney
McDowell Hetherington LLP
P: 713-893-4406 F: 713-337-8850

**CONFIDENTIALITY NOTICE**
The information in this e-mail may be confidential and/or privileged. This e-mail is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail and its attachments, if any, or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete this e-mail from your system.

---

**From:** Benjamin Carman <Ben@thebigguns.law>
**Sent:** Tuesday, November 3, 2026 4:02 PM
**To:** Srilata Shah <sri@paulpaddalaw.com>; Ryan Goodland <ryan.goodland@mhllp.com>
**Cc:** Elia Lopez <Elia@paulpaddalaw.com>; Claudia Vasquez-Smith <Claudia@paulpaddalaw.com>
**Subject:** RE: Madaula/Sanchez:

To settle any concerns, correct, we have no objection.

**-Ben**
**702-722-3029**

---

**From:** Srilata Shah <sri@paulpaddalaw.com>
**Sent:** Tuesday, November 3, 2026 1:40 PM
**To:** Ryan Goodland <ryan.goodland@mhllp.com>; Benjamin Carman <Ben@thebigguns.law>
**Cc:** Elia Lopez <Elia@paulpaddalaw.com>; Claudia Vasquez-Smith <Claudia@paulpaddalaw.com>
**Subject:** RE: Madaula/Sanchez:

Ryan:
Thank you for preparing the SAO. The only correction I have is our address. We moved three months ago, and I am going to include the updated address. Based on Ben's prior email communication, I do not believe that he has ab objection to staying the case for another 6

months. We will file with the court. Thank you all. Sri

**Srilata R. Shah, Esq.**
***PAUL PADDA LAW, PLLC***
(702) 366-1888
Sri@paulpaddalaw.com
paulpaddalaw.com

Nevada Physical Office
(Located in Town Square):
6605 Las Vegas Blvd. South, Suite 203
Las Vegas, Nevada 89119
Tele: (702) 366-1888

Illinois Physical Office:
155 North Wacker Drive, Suite 4250
Chicago, Illinois 60606
Tele: (312) 702-7000

Mailing Address For All Offices:
4030 South Jones Blvd. Unit 30370
Las Vegas, Nevada 89173

PAUL PADDA LAW
IT'S NOT ABOUT THE INJURY. IT'S ABOUT THE RECOVERY.

**CONFIDENTIALITY NOTICE:** The information in this electronic mail communication contains confidential information which is the property of the sender and may be protected by the attorney-client privilege and/or attorney work product doctrine. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized by the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the contents of this e-mail transmission or the taking or omission of any action in reliance thereon or pursuant thereto, is prohibited, and may be unlawful. If you received this e-mail in error, please notify us immediately of your receipt of this message by e-mail and destroy this communication, any attachments, and all copies thereof. Thank you for your cooperation.

**From:** Ryan Goodland <ryan.goodland@mhllp.com>
**Sent:** Tuesday, November 3, 2026 12:45 PM
**To:** Srilata Shah <sri@paulpaddalaw.com>; Benjamin Carman <Ben@thebigguns.law>
**Cc:** Elia Lopez <Elia@paulpaddalaw.com>; Claudia Vasquez-Smith <Claudia@paulpaddalaw.com>
**Subject:** RE: Madaula/Sanchez: Joint Response to Order to Show Cause

Sri,

My client is fine with extending the stay as well. Attached is a stipulation to extend.

Please let me know if you have any changes to this draft; otherwise, you have my permission to file the attached with my /s/ signature.

**Ryan Goodland**
Senior Attorney
McDowell Hetherington LLP
P: 713-893-4406 F: 713-337-8850

**CONFIDENTIALITY NOTICE**
The information in this e-mail may be confidential and/or privileged. This e-mail is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail and its attachments, if any, or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete this e-mail from your system.

---

**From:** Ryan Goodland <ryan.goodland@mhllp.com>
**Sent:** Monday, November 2, 2026 2:49 PM
**To:** Srilata Shah <sri@paulpaddalaw.com>; Benjamin Carman <Ben@thebigguns.law>
**Cc:** Elia Lopez <Elia@paulpaddalaw.com>; Claudia Vasquez-Smith <Claudia@paulpaddalaw.com>
**Subject:** Re: Madaula/Sanchez: Joint Response to Order to Show Cause

I think that should be fine. I'll circulate a draft shortly.

Ryan Goodland
Senior Attorney
McDowell Hetherington LLP
P: 713-893-4406 F: 713-337-8850

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Srilata Shah <sri@paulpaddalaw.com>
**Sent:** Monday, 02 November 2026 14:47:34
**To:** Ryan Goodland <ryan.goodland@mhllp.com>; Benjamin Carman <Ben@thebigguns.law>
**Cc:** Elia Lopez <Elia@paulpaddalaw.com>; Claudia Vasquez-Smith <Claudia@paulpaddalaw.com>
**Subject:** RE: Madaula/Sanchez: Joint Response to Order to Show Cause

Hi Ryan:
Our client, Mr. Ernesto Ferrer Sanchez is unable to participate in discovery as he is currently in federal immigration detention, which has materially impaired his ability to participate in discovery. He is unable to meaningfully assist in responding to written discovery. He is currently being detained in Eloy, Arizona. His deposition cannot be scheduled without coordination with federal authorities. I hope this is sufficient to extend the stay. Please call me if you wish to discuss further. Thank you. Sri

**Srilata R. Shah, Esq.**
***PAUL PADDA LAW, PLLC***
(702) 366-1888
Sri@paulpaddalaw.com
paulpaddalaw.com

Nevada Physical Office
(Located in Town Square):
6605 Las Vegas Blvd. South, Suite 203
Las Vegas, Nevada 89119
Tele: (702) 366-1888

Illinois Physical Office:
155 North Wacker Drive, Suite 4250
Chicago, Illinois 60606
Tele: (312) 702-7000

Mailing Address For All Offices:
4030 South Jones Blvd. Unit 30370
Las Vegas, Nevada 89173

PAUL PADDA LAW
IT'S NOT ABOUT THE INJURY. IT'S ABOUT THE RECOVERY.

CONFIDENTIALITY NOTICE: The information in this electronic mail communication contains confidential information which is the property of the sender and may be protected by the attorney-client privilege and/or attorney work product doctrine. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized by the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the contents of this e-mail transmission or the taking or omission of any action in reliance thereon or pursuant thereto, is prohibited, and may be unlawful. If you received this e-mail in error, please notify us immediately of your receipt of this message by e-mail and destroy this communication, any attachments, and all copies thereof. Thank you for your cooperation.

---

**From:** Ryan Goodland <ryan.goodland@mhllp.com>
**Sent:** Sunday, November 1, 2026 1:04 PM
**To:** Srilata Shah <sri@paulpaddalaw.com>; Benjamin Carman <Ben@thebigguns.law>
**Cc:** Elia Lopez <Elia@paulpaddalaw.com>; Claudia Vasquez-Smith <Claudia@paulpaddalaw.com>
**Subject:** RE: Madaula/Sanchez: Joint Response to Order to Show Cause

Sri,

Thanks. I'm checking with my client (although I've recommended they agree to a six-month extension of the stay).

Question for you: the court's stay order expressly mentioned that we have to notify the court is your client "becomes available to participate
in discovery." I assume he isn't, but can you elaborate on why he is unable to participate in discovery? I only ask because we probably need to put at least a little detail in our request as to why he's unable to participate in discovery. Thanks.

**Ryan Goodland**
Senior Attorney
McDowell Hetherington LLP
P: 713-893-4406 F: 713-337-8850

**CONFIDENTIALITY NOTICE**
The information in this e-mail may be confidential and/or privileged. This e-mail is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail and its attachments, if any, or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete this e-mail from your system.

---

**From:** Srilata Shah <sri@paulpaddalaw.com>
**Sent:** Friday, October 30, 2026 10:06 AM
**To:** Ryan Goodland <ryan.goodland@mhllp.com>; Benjamin Carman <Ben@thebigguns.law>
**Cc:** Elia Lopez <Elia@paulpaddalaw.com>; Claudia Vasquez-Smith <Claudia@paulpaddalaw.com>
**Subject:** Re: Madaula/Sanchez: Joint Response to Order to Show Cause

Hi Ryan, let's extend the stay. Can you prepare the Stipulation to extend. I am out of the office today. I will be back in the office Monday. Thank you so much.

Get Outlook for iOS

---

**From:** Ryan Goodland <ryan.goodland@mhllp.com>
**Sent:** Friday, 30 October 2026 07:45:27
**To:** Srilata Shah <sri@paulpaddalaw.com>; Benjamin Carman <Ben@thebigguns.law>
**Cc:** Elia Lopez <Elia@paulpaddalaw.com>; Claudia Vasquez-Smith <Claudia@paulpaddalaw.com>
**Subject:** RE: Madaula/Sanchez: Joint Response to Order to Show Cause

Sri – just touching base. Any thoughts on extending the stay, and if so, for how long? Thanks.

**Ryan Goodland**
Senior Attorney
McDowell Hetherington LLP
P: 713-893-4406 F: 713-337-8850